■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT CLARK, Appellant.—Appeal by the defendant from two judgments of the County Court, Suffolk County (Cacciabaudo, J.), both rendered October 12, 1989.

Ordered that the appeals are dismissed.

The defendant waived his right to appeal as part of his plea agreements. As we find that the waivers were made freely, knowingly, and voluntarily, the defendant's appeals must be dismissed (see, People v Seaberg, 74 NY2d 1). Mangano, P. J., Kunzeman, Kooper, Sullivan and Ritter, JJ., concur.